UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

FRANKIE MONEGRO,

                      Plaintiff,

          -v-

IRWIN NATURALS,

                      Defendant.

---------------------------------------------------------------

21-CV-1751 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: May 26, 2021
       New York, New York

                                            _____
                                                J. PAUL OETKEN
                                              United States District Judge